**Instagram Business Record** — Page 13530

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 11:12:20 UTC
**Body** Damn how many Dey got

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 11:12:28 UTC
**Body** 4 of em

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 11:12:50 UTC
**Body** It was 5 they needed another driver they was gone take all them. Bitchs

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 11:13:05 UTC
**Body** Dey bouta sell em Dey took em off the lot ??

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 11:13:16 UTC
**Body**

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 11:13:19 UTC
**Body** Yeah

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 11:13:49 UTC
**Body** Dey cuttin up no cap

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 11:14:19 UTC
**Body** We finna trip through the city today tho into we find a buyer i be all up n down joann

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 11:14:55 UTC
**Body** Man cut up in em
Bitches police not gne chase y'all Dey can't fuck wit em bitches

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 18:31:54 UTC
**Body** Ft me

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-10 18:32:17 UTC
**Body** What's yo numbers

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-10 18:45:10 UTC
**Body** 3139292957

**Author** Melly Mell (Instagram: 1492662257)
**Sent** 2020-04-11 17:54:54 UTC
**Body** You can buy my 9Fn 350 I just saw this other one I'm bouta get

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 17:57:26 UTC
**Body** I got 320 rn I owe you 30  I just gave carissa 700 for this apartment

GOVERNMENT EXHIBIT
CASE NO. 3:21-cr-36
EXHIBIT NO. 9

**Instagram Business Record**                                Page 13531

**Author**
    Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:01:00 UTC
**Body** Hold up

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:02:23 UTC
**Body** Bet you talking bout that brown one ?

**Author** Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:06:29 UTC
**Body** No dats the glock my guy

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:08:08 UTC
**Body** Lemme see the FN I'm pull up rn

**Author** Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:12:43 UTC
**Body** No u not the Fn is the black I always have

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:20:59 UTC
**Body** I got 4 for the glock

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:22:16 UTC
**Body**

**Author** Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:22:26 UTC
**Body** Never

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:22:37 UTC
**Body** Damn 🤦‍♂ hm you pay for it

**Author** Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:22:52 UTC
**Body** I paid 500 for the glock I paid 350 for the fn 9

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:23:08 UTC
**Body**

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-11 18:24:51 UTC
**Body** Bet I got 330 rn bitch on reub all I got on me is 360

**Author** Melly Mell 🎵 (Instagram: 1492662257)
**Sent** 2020-04-11 18:30:51 UTC
**Body** Hold up I'm tryna see what this other Nigga on wit the other strip