**Instagram Business Record** — Page 13537

**Author**
5674mel (Instagram: 1430452145)
**Sent** 2020-04-16 20:30:33 UTC
**Body** Aye btc

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-16 20:44:03 UTC
**Body** Yea

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-16 20:49:40 UTC
**Body** What's yo number

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-16 20:50:44 UTC
**Body** 3139292957

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:21:06 UTC
**Body**
**Share**  Date Created  Unknown

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-17 19:21:37 UTC
**Body** Dats a old video

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:24:34 UTC
**Body** 5674mel sent an attachment.

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-17 19:29:19 UTC
**Body** Keion money

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:37:23 UTC
**Body** You funny asl I need 200 beans rn on reub

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:37:38 UTC
**Body** Bitch I been told you I'm finna leave

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-17 19:37:47 UTC
**Body** You so cap out bro

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:38:30 UTC
**Body** On waun

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-17 19:38:35 UTC
**Body** I need 200 beans rn

**Author** Melly Mell 🔲🔲 (Instagram: 1492662257)
**Sent** 2020-04-17 19:38:58 UTC
**Body** Who u finna leave wit

GOVERNMENT EXHIBIT
CASE NO. 3:21-cr-36
EXHIBIT NO. 10

**Instagram Business Record**                         Page 13538

**Author**
    5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:39:21 UTC
  **Body** My mans dj he want 50

**Author** Melly Mell 🔲 (Instagram: 1492662257)
  **Sent** 2020-04-17 19:40:33 UTC
  **Body** He be dwn dare

**Author** 5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:40:46 UTC
  **Body** He came down there when I was down there

**Author** 5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:40:57 UTC
  **Body** So he know how everything go

**Author** Melly Mell 🔲 (Instagram: 1492662257)
  **Sent** 2020-04-17 19:41:30 UTC
  **Body** Y'all got a rental

**Author** 5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:41:46 UTC
  **Body** Waiting to get the beans first n we was going half

**Author** Melly Mell 🔲 (Instagram: 1492662257)
  **Sent** 2020-04-17 19:43:56 UTC
  **Body** Y'all dnt got no driver stuffer or shit y'all backwards

**Author** 5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:52:54 UTC
  **Body** Nigga we Fs have a stiffer n we Fs have a driver

**Author** 5674mel (Instagram: 1430452145)
  **Sent** 2020-04-17 19:52:57 UTC
  **Body** He got his Ls

**Author** Melly Mell 🔲 (Instagram: 1492662257)
  **Sent** 2020-04-19 22:02:36 UTC
  **Body** Tell her I said happy bday
  **Share**    **Date Created** Unknown