**Instagram Business Record**  Page 13539

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 18:39:57 UTC
**Body** Wya

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 19:57:22 UTC
**Body** veib

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 20:40:19 UTC
**Body** Jump on

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 20:42:34 UTC
**Body** im on

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 20:51:17 UTC
**Body** Here we come

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 20:52:03 UTC
**Body** vet

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:19:57 UTC
**Body**

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:19:59 UTC
**Body**

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 21:22:24 UTC
**Body** Dey go to Texas for em

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:22:39 UTC
**Body**

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:24:50 UTC
**Body**

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:26:36 UTC
**Body** when n yeah im hip thats how we gotta plau it

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 21:44:24 UTC
**Body** Bitch y'all betta have y'all money for y'all 160

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 21:48:52 UTC
**Body** on reub we got it 24 ?

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 22:10:43 UTC



GOVERNMENT EXHIBIT
CASE NO. 3:21-cr-36
EXHIBIT NO. 11

**Instagram Business Record**  Page 13540

**Body**
I think ghost went up

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 22:20:07 UTC
**Body** 25 ?

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 22:20:14 UTC
**Body** wtf he went up to ?

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 22:20:27 UTC
**Body** He ain't answering when he call me ima let u know

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 22:20:34 UTC
**Body** fs

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-20 23:49:54 UTC
**Body** He want 26 because mell took em up

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-20 23:51:35 UTC
**Body** 🤦‍♂️ alr we got it but i gotta get some more pape for rental bro got all his pape n more

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-21 00:07:48 UTC
**Body** Rental gne be cheap frfr

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-21 00:10:03 UTC
**Body** bet its on when ever you resdy

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-21 00:10:05 UTC
**Body** we got the pape

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-21 05:09:29 UTC
**Body** Wya
**Share**   **Date Created** Unknown

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-21 05:09:34 UTC
**Body** crib

**Author** Melly Mell 🔫🔫 (Instagram: 1492662257)
**Sent** 2020-04-21 05:10:48 UTC
**Body** Let's jump on the game

**Author** 5674mel (Instagram: 1430452145)
**Sent** 2020-04-21 05:11:34 UTC
**Body** im on alreadt

**Author** 5674mel (Instagram: 1430452145)