2/26/2021   Case 3:21-cr-00036-PDW   Document 120-12   Filed 03/01/21   Page 1 of 2
https://securepa.ndcourts.gov/CaseDetail.aspx?CaseID=4437766

Skip to Main Content Logout My Account My Cases Search Menu New Criminal Search Refine Search Back    Location : State of North Dakota  Images Help

# REGISTER OF ACTIONS
## 🔒 CASE NO. 31-2020-JV-00005

| | | |
|---|---|---|
| In the Interest of Jamale White | § § § § § | Case Type: **Juvenile Delinquency**<br>Date Filed: **03/10/2020**<br>Location: **-- Mountrail County**<br>Judicial Officer: **Portscheller, Connie S** |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| **Minor Child Defendant** | W., J.<br>  Warren, MI 48089 | Male Black<br>DOB: 2002 | **Eric Paul Baumann**<br>*Retained*<br>701-857-7750 x0000(W) |
| | | | |
| **Petitioner** | State of North Dakota | | **Wade G Enget**<br>701-628-2965 x0000(W) |
| | | | |
| **Respondent (Not an Offender)** | Speights, Eric | | |
| | | | |
| **Respondent (Not an Offender)** | White, Gwendolyn<br>  Warren, MI 48089 | Female | |

## CHARGE INFORMATION

| Charges: W., J. | Statute | Level | Date |
|---|---|---|---|
| 1. Poss w/intent manuf/deliver-Schedule II Subst, veg origin/chemical synthesis | 19-03.1-23(1)(a) | Felony B | 03/09/2020 |

## EVENTS & ORDERS OF THE COURT

|  | |
|---|---|
| | **DISPOSITIONS** |
| 03/18/2020 | **Adjudication** (Judicial Officer: Portscheller, Connie S)<br>  1. Poss w/intent manuf/deliver-Schedule II Subst, veg origin/chemical synthesis<br>    Found |
| 03/18/2020 | **Probation** (Judicial Officer: Portscheller, Connie S)<br>  1. Poss w/intent manuf/deliver-Schedule II Subst, veg origin/chemical synthesis<br>  03/09/2020 (FB) 19-03.1-23(1)(a) (C04271)<br><br>  Comment (Unsupervised Probation until 18th Birthday) |
| | **OTHER EVENTS AND HEARINGS** |
| 03/10/2020 | **Juvenile Notice of Detained Child**  Index # 1<br>  *Mountrail* |
| 03/10/2020 | **Request**  Index # 2<br>  *For Detention of Child in Secure Facility* |
| 03/10/2020 | **Information**  Index # 3<br>  *ND Juvenile Detention Screening Tool* |
| 03/10/2020 | **Juvenile Detention Hearing**  (3:00 PM) (Judicial Officer Portscheller, Connie S)<br>  Result: Hearing Ended |
| 03/10/2020 | **Application for Indigent Defense Services**  Index # 4<br>  *Child* |
| 03/10/2020 | **Juvenile Order From Detention Hearing**  Index # 5<br>  *Order to Detain* |
| 03/10/2020 | **Notice of Eligibility for Appointed Counsel**  Index # 6<br>  *(Clerical Error See Docket ID #7)* |
| 03/11/2020 | **Notice of Eligibility for Appointed Counsel**  Index # 7<br>  *Amended Notice* |
| 03/11/2020 | **Assignment**  Index # 9<br>  *Assignment of Counsel - Eric Baumann* |
| 03/11/2020 | **Request**  Index # 10<br>  *Request for Discovery* |
| 03/11/2020 | **Service Document**  Index # 11<br>  *Affidavit Of Electronic Service - Mountrail County State's Attorney* |
| 03/11/2020 | **Response**  Index # 12<br>  *State's Response to Discovery Request* |
| 03/11/2020 | **Service Document**  Index # 13 |

GOVERNMENT EXHIBIT
CASE NO. 3:21-cr-36
EXHIBIT NO. 12

| Date | Entry | |
|---|---|---|
| | *State's Affidavit of Service to Eric Baumann* | |
| 03/12/2020 | **Summons**     Index # 14 | |
| | *Summons* | |
| 03/12/2020 | **Juvenile Petition (Detained)**     Index # 15 | |
| | *Mountrail* | |
| 03/12/2020 | **Information**     Index # 16 | |
| | *Juvenile Disposition Recommendation* | |
| 03/12/2020 | **Service Document**     Index # 17 | |
| | *Personal Jamale White* | |
| 03/12/2020 | **Service Document**     Index # 18 | |
| | *Gwendolyn White* | |
| 03/17/2020 | **Juvenile Adjudication Hearing** (3:00 PM) (Judicial Officer Portscheller, Connie S) | |
| | Result: Hearing Ended | |
| 03/17/2020 | **Exhibit**     Index # 19 | |
| | *Petitioner's Exhibit 1 - Asset Forfeiture Fund* | |
| 03/17/2020 | **JV Findings of Fact and Order for Disp. (Not in Custody)**     Index # 20 | |
| | *Order for Disposition* | |
| 03/18/2020 | **JV Findings of Fact and Order for Disp. (Not in Custody)**     Index # 21 | |
| | *Order for Disposition CORRECTED* | |