**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| 5674 Gang | 774010-20-0062 | 91 |

**SUMMARY OF EVENT**: ARREST OF JAMALE WHITE

On February 25, 2021, Special Agents and Task Force Officers with the Bureau of Alcohol, Tobacco, Firearms and Explosives arrested Jamale WHITE.

**NARRATIVE**:

1. On February 25, 2021, Special Agents and Task Force Officers with the Bureau of Alcohol, Tobacco, Firearms and Explosives arrested Jamale WHITE. WHITE was arrested at _____ Sterling Heights, MI, the apartment of Carissa Smith. Smith was identified as the mother of WHITE's child. Also inside of the residence was D____ W____ (____/2004) and two children.

2. Officers performed a knock and announce at the door to _____ requesting Carissa Smith come to the door. After a brief delay, Jamale WHITE was heard telling officers to open the door; however, he was called to open the door. Upon opening the door, WHITE was placed into handcuffs. WHITE was wanted pursuant to case number 3:21-cr-36-11 through the district of North Dakota. WHITE's only statement to law enforcement, which was spontaneous, was that he had not been to North Dakota in "a few years." He was not questioned during his transport to the US Marshal Service by law enforcement.

3. The following individuals were present at the execution of the arrest warrant:

   -Group Supervisor Michael DeVantier
   -SA Nathan Triezenberg
   -TFO Don Clark
   -SA Danielle Stefanowski
   -SA Mark Jackson
   -SA Sherri Reynolds
   -TFO Eric Smigielski
   -SA Chris Loperfido
   -SA Rebecca Childs



GOVERNMENT EXHIBIT
CASE NO. 3:21-cr-36
EXHIBIT NO. 13

| Prepared by: Eric M. Smigielski | Title: Task Force Officer, Detroit I Field Office | Signature: | Date: 2-26-21 |
| Authorized by: Michael J. DeVantier | Title: Group Supervisor, Detroit I Field Office | Signature: | Date: 2/26/21 |
| Second level reviewer (optional): James M. Deir | Title: Special Agent in Charge, Detroit Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only