IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMALE WHITE,<br><br>Defendant. | Case No. 3:21-cr-36<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case. (See, Doc. 884.)

Dated:  September 28, 2023

                                    MAC SCHNEIDER
                                    United States Attorney

            By:    /s/ *Dawn M. Deitz*
                     DAWN M. DEITZ
                     Assistant United States Attorney
                     ND Bar ID 06534
                     655 First Avenue North, Suite 250
                     Fargo, ND  58102-4932
                     (701) 297-7400
                     dawn.deitz@usdoj.gov
                     Attorney for United States