UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br>       Plaintiff,<br><br>v.<br><br>Jamale White,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 3:21-cr-00036<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Jamale White, by and through his attorney Chris Redmann of Chris Redmann Law, P.L.L.C., submits this Sentencing Memorandum in support of his request that the court impose a 60 month sentence in his case, under *United States v. Booker*, 543 U.S.220 (2005) and 18 U.S.C. § 3553(a).

Dated this 4th day of October, 2023.

                                            CHRIS REDMANN LAW, P.L.L.C
                                            1515 Burnt Boat Dr., Ste. C286
                                            Bismarck, ND 58503
                                            (701) 893-2149
                                            *Attorneys for Defendant*

                           By:    /s/Chris Redmann
                                  Chris Redmann (ND ID #07523)
                                  credmann@crlawbismarck.com